CHARLES E. HATHORN, Respondent, v. ALBERT J. AILINGER, Appellant.— Order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

DOROTHY QUIDER, Respondent, v. HOWARD S. COEYMAN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WILLIAM A. BAULCH, Respondent, v. JAMES S. GLASGOW and Another, Appellants.— Judgment modified by making description of premises conform to description set forth in the complaint, and as modified affirmed, without costs of this appeal to either party. First finding of fact and first conclusion of law amended in same manner. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WINIFRED E. RUSSELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

EMORY S. RUSSELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SAMUEL LUTWACK, Respondent, v. GEORGE HILL and Another, Appellants.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, on the ground that the question of employment of the plaintiff by the defendants as their broker was fairly one of fact. All concur, except Crouch, J., not voting. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOREN SIEGFRIED, Respondent, v. LEMAN E. WALL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JENNIE SHIDIACK, as Administratrix, etc., of EDWARD SHIDIACK, Deceased, Appellant, v. GEORGE SEBASTIAN, Respondent.— Judgment and order affirmed, with costs. All concur, except Hubbs, P. J., who dissents and votes for reversal on the facts on the ground that the verdict was against the weight of the evidence as to the negligence of the defendant. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NATALE FINOCCHIARO, Respondent, v. MICHAEL KIPFERL and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ELLIOT SCHMELZER, an Infant, etc., Respondent, v. JOHN J. LAPP and Another, Doing Business under the Assumed Name and Style of INTERNATIONAL GARAGE, and JOHN TRANKA, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law for the following reasons: Plaintiff was entitled to rely somewhat upon an observance of the law by the automobile driver; but he was also obligated to use reasonable caution affirmatively in safeguarding himself. His own testimony shows that he failed entirely to do so, and there is no testimony to the contrary. Therefore, I dissent and vote for reversal and a dismissal of the complaint on the ground that plaintiff was guilty of contributory negligence as a matter of law. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.